UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:16-cr- |
| DAVID THEIRING, | ) 4:16-cr-9 TWP-VTW |
| Defendant. | ) |

FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2016 MAY 26 PM 2:16

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## **INDICTMENT**

### **Count One**

[26 USC § 5861(d) - Possession of an Unregistered Destructive Device]

The Grand Jury charges that:

On or about March 6, 2016 in the Southern District of Indiana, DAVID THEIRING, defendant herein, did knowingly possess a destructive device as defined in 26 U.S.C. § 5845(a)(8) and 26 U.S.C. § 5845(f), to wit: a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

All of which is in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count Two

[26 USC § 5861(d) - Possession of an Unregistered Destructive Device]

The Grand Jury charges that:

On or about March 16, 2016 in the Southern District of Indiana, DAVID THEIRING, defendant herein, did knowingly possess a destructive device as defined in 26 U.S.C. § 5845(a)(8) and 26 U.S.C. § 5845(f), to wit: a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

All of which is in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count Three

[18 USC §922(g)(1)- Possession of a Firearm by a Convicted Felon]

The Grand Jury charges that:

On or about April 1, 2016, in the Southern District of Indiana, DAVID THEIRING, defendant herein, did knowingly possess in commerce and affecting commerce firearms, to wit: a Marlin, Model 25, .22 caliber rifle, bearing serial number 24650031 and a Mossberg, Model 500A, 12 gauge shotgun, bearing serial number L371468, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: a felony Possession of Marijuana in Clay County, Indiana, under cause number 11D01-0702-FD-00072 on or about June 18, 2007.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.  Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in Count Three of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offenses.

3.  The property subject to forfeiture includes, but is not necessarily limited to:

    a.  a Marlin, Model 25, .22 caliber rifle, bearing serial number 24650031.

    b.  a Mossberg, Model 500A, 12 gauge shotgun, bearing serial number L371468.

4.  The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
Lauren Wheatley
Assistant United States Attorney