UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2016 MAY 26  PM 2: 17

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 4:16-cr- |
| | ) | |
| DAVID THEIRING, | ) 4 : 16-cr- 9 TWP -VTW | |
| Defendant. | ) | |

### PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Numbers | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-2 | 26 U.S.C. § 5861(d) | NMT 10 years | $250,000 | 3 Years |
| 3 | 18 U.S.C. § 922(g)(1) | NMT 10 years | $250,000 | 3 Years |

Dated: _____      _____
                              Defendant, DAVID THEIRING

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana